# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | * | **CASE NO. TJS-21-2012** |
| **PATRICK NWAOKWU, and** | * | **CASE NO. TJS-21-2013** |
| **MUSA BANGURA,** | * | |
| | * | |
| **Defendants** | * | |
| | \*\*\*\*\*\*\* | |

### ORDER

Upon consideration of the Consent Motion to Continue Preliminary Hearing and Waive Filing of Indictment in the above-captioned matter, there being no opposition thereto, good and sufficient cause having been shown, and taking into account the public interest in the prompt disposition of criminal cases, it is hereby

**ORDERED**, for the reasons set forth in the Motion, which is incorporated herein, that the Motion is **GRANTED**; and it is further

**ORDERED** that the Preliminary Hearing in this matter be rescheduled to a date on or before October 31, 2021, to be requested by the parties prior to such date; and it is further

**ORDERED** that the deadline for filing an indictment in this matter is waived until October 31, 2021, per the waiver agreed to by Defendant, through counsel.

**IT IS SO ORDERED.**

/s/ 7/19/21
HONORABLE TIMOTHY J. SULLIVAN
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MARYLAND